Christopher J. Mertens
Email: cmertens@mmclegal.net
1020 N. Center Parkway, Suite B
Kennewick, WA 99336
Telephone: (509) 374-4200
Fax: (509) 374-4229
***Attorney for Kadlec Regional Medical Center and Andrew Bieber***

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JOHN WADE,

Plaintiff,

v.

KADLEC REGIONAL MEDICAL CENTER, a Washington nonprofit corporation; ANDREW BIEBER, PREMIER ANESTHESIA, LLC; JEREMY WILSON; and MARICELA SANCHEZ,

Defendants.

NO. 4:22-cv-05063-MKD

DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT FOR DAMAGES

**JURY TRIAL DEMANDED**

**COME NOW** Defendants, Kadlec Regional Medical Center and Andrew Bieber, DO, by and through their attorneys of record, Miller, Mertens & Comfort, PLLC, and Christopher J. Mertens, and by way of answer to First

Amended Plaintiff's Complaint for Damages, hereby admit, deny, and allege as follows:

**NATURE OF ACTION**

1. Answering Paragraph 1, the allegations contained therein constitute legal conclusions to which no response is required. To the extent a response is required, these Defendants admit a spinal surgery occurred on February 19, 2019 but deny the remaining allegations contained therein.

**JURISDICTION**

2. Answering Paragraph 2, these Defendants admit this court has jurisdiction but deny any other allegations contained therein.

**VENUE**

3. Answering Paragraph 3, these Defendants admit that the Eastern District of Washington is the proper venue for this action.

**PARTIES**

4. Answering Paragraph 4, these Defendants are without sufficient information to admit or deny the allegations contained therein, and therefore deny the same.

5. Answering Paragraph 5, these Defendants admit the allegations contained therein.



**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

6. Answering Paragraph 6, these Defendants admit the allegations contained therein.

7. Answering paragraph 7, this paragraph is not directed at these Defendants are without sufficient information to admit or deny the allegations contained therein and therefore deny the same.

8. Answering paragraph 8, this paragraph is not directed at these Defendants are without sufficient information to admit or deny the allegations contained therein and therefore deny the same.

9. Answering paragraph 9, this paragraph is not directed at these Defendants are without sufficient information to admit or deny the allegations contained therein and therefore deny the same.

## FACTUAL ALLEGATIONS

10. Answering Paragraph 10, these Defendants maintain that said allegations are directed towards other Parties that are not joined hereto, and therefore no response from Defendants is required. To the extent a response is required, Defendants deny Plaintiff was scheduled for back surgery on February 18, 2019, admit that Kadlec and Dr. Bieber were not informed by ODOC or Ashley Astorga, NP that plaintiff was treated with Gentamicin and Cleocin or that he was suffering from diarrhea and are without sufficient



**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

information to admit or deny the remaining allegations contained therein and therefore deny the same.

11. Answering Paragraph 11, these Defendants maintain that said allegations are directed towards other Parties that are not joined hereto, and therefore no response from Defendants is required. To the extent a response is required, Defendants admit that Kadlec and Dr. Bieber were not informed by ODOC or Ashley Astorga, NP that plaintiff was treated with Gentamicin and Cleocin or that he was suffering from diarrhea.

12. Answering Paragraph 12, these Defendants deny that Plaintiff reported to Dr. Bieber that he was experiencing diarrhea or was taking Gentamicin and Cleocin and further deny the remaining allegations contained therein.

13. Answering Paragraph 13, these Defendants deny that Plaintiff reported to Kadlec medical staff on the day of his surgery he was experiencing diarrhea or was taking Gentamicin and Cleocin. These Defendants are without sufficient information to admit or deny the remaining allegations contained therein and therefore deny the same.

14. Answering Paragraph 11, these Defendants deny Plaintiff had C. diff when he underwent surgery on February 19, 2019 and further deny that "no infectious disease provider was called in". These Defendants admit



**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

Plaintiff underwent a colectomy and had portions of his large intestine removed and a colostomy performed but deny the remaining allegations contained therein.

**COUNT I**

15. In Answering Paragraph 15, Defendants reallege all foregoing responses as if fully set forth herein.

16. Answering Paragraph 16, these Defendants deny they were negligent in any manner as outlined therein and as it relates to these Defendants.

17. Answering Paragraph 17, these Defendants deny the factual allegations therein and any and all allegations of negligence by these Defendants and further deny the nature and extent of Plaintiff's damages alleged therein.

18. Answering Paragraph 18, these Defendants deny the same.

19. Answering Paragraph 19, these Defendants deny the same.

20. Answering Paragraph 20, these Defendants are without sufficient information to admit or deny the allegations contained therein and therefor deny the same and specifically deny Plaintiff is entitled to any damages as a result of any action taken by these Defendants.



**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

21. Answering Paragraph 21, these Defendants deny Plaintiff is entitled to recovery.

22. Answering Paragraph 22, these Defendants deny Plaintiff is entitled to damages herein.

## RESERVATION OF RIGHTS

Considering the ongoing factual development and discovery as this matter proceeds, these Defendants reserve the right to amend their answer as discovery may warrant.

## AFFIRMATIVE DEFENSES

By way of fully answering Plaintiff's Complaint, and without admitting any allegations denied herein, these Defendants raise the following affirmative defenses, reserving the right to add or strike affirmative defenses as discovery may warrant.

1. Plaintiff's claims are barred by the applicable statute of limitations.

2. Plaintiff's damages, if any, may have been caused and/or contributed to by Plaintiff's own negligence.

3. Plaintiff's damages, if any, are the result of conduct on the part of others, whether named in the complaint or not, over whom these Defendants had no control. These Defendants further reserve the right to



**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

move at any time to dismiss one or more allegations, claims or the complaint for failure to join a necessary party. If discovery reveals the basis for such claims at any time while this lawsuit is pending, Defendants reserve the right to assert supervening cause of any alleged breach of duty or injury to Plaintiff.

4. These Defendants request that fault be apportioned amongst all parties and non-parties responsible for Plaintiff's alleged damages, if any including Plaintiff and other non-parties at fault, pursuant to RCW 4.22. These Defendants further expressly reserve the right, in the event that the Plaintiff settles or has already settled with other persons, parties, or third parties, to seek a credit and setoff for any proportionate negligence that the jury shall attribute to the settling parties. These Defendants reserve the right to read portions of depositions, call witnesses to testify at the trial, and introduce and use evidence regarding allocation of fault, even if other persons, entities, parties, or non-parties settle or have already settled with the Plaintiff before trial.

## PRAYER FOR RELIEF

**WHEREFORE**, having fully and completely answered Plaintiff's Complaint for Damages and Demand for Jury Trial, Defendants respectfully request the following:



**Miller, Mertens & Comfort PLLC**
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
(509) 374-4200

1. Defendants demand a jury trial in this matter;
2. Dismissal of Plaintiffs' Complaint for Damages with prejudice;
3. A designation on the verdict form of fault for all responsible parties whether named herein or not in this lawsuit.
4. For an award of statutory attorney's fees and costs incurred in this matter; and
5. For such other relief as this Court deems proper, just and equitable.

DATED this 7th day of July, 2023.

MILLER MERTENS & COMFORT, PLLC

By: /s/ Christopher J. Mertens
CHRISTOPHER J. MERTENS, WSBA #13591
Attorney for Defendants
Kadlec Regional Medical Center and Andrew Bieber, DO
1020 North Center Parkway, Suite B
Kennewick, WA 99336
Telephone: (509) 374-4200
Fax: (509) 374-4229
Email: cmertens@mmclegal.net

CERTIFICATE OF SERVICE

I hereby certify that on July 7th, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system of such filing to the following:

| | |
|---|---|
| John Burgess<br>johnburgess@lawofficeofdanielsnyder.com<br>Law Office of Daniel Snyder<br>1000 SW Broadway, Suite 2400<br>Portland, OR 97205 | VIA REGULAR MAIL []<br>VIA EMAIL: []<br>VIA FACSIMILE: []<br>SERVED BY E-FILING: [X] |
| Sarah L. Wixson<br>Stokes Lawrence Velikanje Moore & Shore<br>120 N. Naches Avenue<br>Yakima, WA 98901-2757<br>Sarah.Wixson@stokeslaw.com | VIA REGULAR MAIL []<br>VIA EMAIL: []<br>VIA FACSIMILE: []<br>SERVED BY E-FILING: [X] |
| Ketia B. Wick<br>Fain Anderson VanDerhoef Rosendahl<br>O'Halloran Spillane PLLC<br>3131 Elliott Avenue, Suite 300<br>Seattle, WA 98121<br>ketia@favros.com | VIA REGULAR MAIL []<br>VIA EMAIL: []<br>VIA FACSIMILE: []<br>SERVED BY E-FILING: [X] |

Signed in Kennewick, Washington on July 7th, 2023.

/s/ Chelsea R. Anderson
Chelsea R. Anderson
Miller, Mertens & Comfort, PLLC
1020 North Center Parkway, Suite B
Kennewick, Washington 99336
Telephone: (509)374-4200
Fax: (509)374-4229
Email: canderson@mmclegal.net