FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN MCKNIGHT WADE, | Case No. 4:22-cv-05063-JAG |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| KADLEC REGIONAL MEDICAL CENTER, a Washington nonprofit corporation; ANDREW BIEBER; PREMIER ANESTHESIA, LLC; JEREMY WILSON; and MARICELA SANCHEZ, | |
| Defendants. | |

Pursuant to the parties' stipulation, **ECF No. 79**, it is hereby **GRANTED**.

IT IS ORDERED that all claims in this matter against defendant Andrew Bieber are hereby **DISMISSED** in their entirety with prejudice and without costs.

DATED August 1, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER OF DISMISSAL- 1