FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN MCKNIGHT WADE,<br><br>    Plaintiff,<br><br>    v.<br><br>KADLEC REGIONAL MEDICAL CENTER, a Washington nonprofit corporation; and PREMIER ANESTHESIA, LLC.,<br><br>    Defendants. | No. 4:22-CV-05063-SAB<br><br>**ORDER DISMISSING KADLEC REGIONAL MEDICAL CENTER** |

Before the Court is the parties' Stipulation of Dismissal of Kadlec Regional Medical Center, ECF No. 102. Plaintiff is represented by John D. Burgess and Sarah L. Wixson. Defendant Kadlec Regional Medical Center is represented by Christopher J. Mertens. Defendant Premier Anesthesia, LLC. is represented by Ketia B. Wick and Galille K. Kamai.

The parties stipulate that all claims against Kadlec Regional Medical Center be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1.     The parties' Stipulation of Dismissal of Kadlec Regional Medical Center, ECF No. 102, is **GRANTED**.

2.     Defendant Kadlec Regional Medical Center is **dismissed** with

**ORDER DISMISSING KADLEC REGIONAL MEDICAL CENTER ~ 1**

1 | prejudice and without costs to any party.

2 |       2.    Recently, this action was transferred to this Court. A scheduling conference is set for **September 25, 2024**, at **11:30 a.m**. by video conference. Counsel will be provided with separate call-in details by email from the Court's staff. The email will be sent one week before the hearing.

      **IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel.

      **DATED** this 4th day of September 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING KADLEC REGIONAL MEDICAL CENTER ~ 2**